**Order entered August 22, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00747-CV

## IN RE CHARLES STANLEY CHURCHWELL, JR., TRUSTEE OF THE CHRISTOPHER J. MERLO REVOCABLE TRUST, Relator

**Original Proceeding from Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-03799-2**

### ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Before the Court is relator's August 1, 2022 petition for writ of mandamus challenging the probate court's (1) May 10, 2022 Order Appointing Guardian ad Litem, (2) June 10, 2022 Order Denying the Motion to Set Aside Order Appointing Guardian ad Litem and Amended Order Appointing Guardian ad Litem and Expanding Powers, and (3) July 15, 2022 Order Granting Motion to Compel Statutory Accounting. Also before the Court is relator's August 2, 2022 Motion for Temporary Relief where relator requests a stay of the July 15, 2022 Order Granting Motion to Compel Statutory Accounting.

On August 10, 2022, we requested that real parties in interest and respondent file a response, if any, to (1) relator's Motion for Temporary Relief by August 15, 2022, and (2) relator's petition for writ of mandamus by August 17, 2022, with respect to relator's challenges to the probate court's July 15, 2022 Order Granting Motion to Compel Statutory Accounting.

On August 15, 2022, real parties in interest independent executor Mark Merlo and guardian ad litem Don D. Ford III (Ford) each filed responses to relator's Motion for Temporary Relief. On August 18, 2022, real party in interest Ford filed a Motion to Extend Time to File Response to Petition for Writ of Mandamus where Ford requests a two-week extension of his deadline to file a response to relator's petition for writ of mandamus.

After considering relator's Motion for Temporary Relief and the responses thereto, we **GRANT** the motion and **STAY** the trial court's July 15, 2022 Order Granting Motion to Compel Statutory Accounting pending resolution of this original proceeding. We further **GRANT** real party in interest Ford's Motion to Extend Time to File Response to Petition for Writ of Mandamus; the response shall be filed by **August 31, 2022**.

/s/    DENNISE GARCIA
JUSTICE